**Motion Granted and Amended Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 23, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00366-CV

_____

### IN RE HILLIER RESTORATION, LLC, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
270th District Court
Harris County, Texas
Trial Court Cause No. 2022-23268**

---

## MEMORANDUM OPINION

On May 25, 2022, relator Hillier Restoration, LLC filed an amended petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to set aside her May 16, 2022 order, granting real party in interest's verified petition for

an order authorizing the taking of a deposition to investigate a potential claim pursuant to Texas Rule of Civil Procedure 202.[1]

On June 10, 2022, relator filed an agreed motion to dismiss the pending petition for writ of mandamus as moot. On June 9, 2022, the trial court signed an order vacating its May 16, 2022 order. Relator's request for relief is moot. The motion is granted.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. We also lift our stay entered on May 27, 2022.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, Poissant.

---

[1] *See* Tex. R. Civ. P. 202.